


1  JOHNNY RICE JR,
2  CDC NO. V-74293
3  PO BOX 1902
   TEHACHAPI, CA. 93581

5  IN THE UNITED STATES DISTRICT COURT
6  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1430 WQH PCL

8  JOHNNY RICE JR,                     REQUEST FOR EXTENTION
9      PETITIONER                      OF TIME TO FILE A
10 VS.                                 PROTECTIVE PETITION

11 FERNANDO GONZALEZ
12     RESPONDENT

### INTRODUCTION

PURSUANT TO 28 U.S.C. 2244 (d)(6), PETITIONER, JOHNNY RICE JR, (HEREAFTER PETITIONER) HEREBY REQUEST THAT THE DISTRICT COURT ISSUE A ORDER PERMITTING PETITIONER TO FILE A PROTECTIVE MIXED PETITION IN FEDERAL DISTRICT COURT AND STAY AND ABEY THE FEDERAL HABEAS PROCEEDINGS UNTIL CALIFORNIA STATE SUPREME COURT REMEDIES ARE EXHAUSTED.

### GROUNDS FOR MOTION

THE UNITED STATES SUPREME COURT IN RHINES V. WEBER, 544 U.S. 269, ALLOWS THE DISTRICT COURT TO STAY A PETITION RATHER THAN DISMISS IT, AND HOLD IT IN ABEYANCE WHILE THE PETITIONER EXHAUSTS THE UNEXHAUSTED CLAIMS IN THE CALIFORNIA STATE SUPREME COURT.

## STATEMENT OF FACTS

ON MAY 23, 2006, PETITIONER WAS CONVICTED BY A JURY FOR ROBBERY IN VIOLATION OF CALIFORNIA PENAL CODE SECTION 211, AND ON JULY 7, 2006 WAS SENTENCE TO 154 YEARS TO LIFE IN STATE PRISON. ON OCTOBER 17, 2007, THE COURT OF APPEAL AFFIRM THE CONVICTION.

PETITIONER IS PRESENTLY CONFINED IN THE CCI (AD-SEG) HOUSING UNIT AND FOR A PERIOD THAT EXCEEDS TEN MONTHS PRISON OFFICIALS REFUSAL TO ALLOW PETITIONER ACCESS TO HIS LEGAL DOCUMENTS HAS CREATED AN IMPEDIMENT IN FILING A WRIT OF HABEAS CORPUS CHALLENGING THE CONSTITUTIONALLY OF STATE COURT IMPOSED CRIMINAL CONVICTION AND THE SENTENCE THAT RESULTS FROM THAT JUDGMENT.

## MEMORANDUM OF POINTS AND AUTHORITIES

I. THE UNITED STATES DISTRICT COURT MAY UPON A SHOWING OF "GOOD CAUSE" STAY A MIXED PETITION AND HOLD IT IN ABEYANCE WHILE THE PETITIONER EXHAUSTS THE UNEXHAUSTED CLAIMS IN THE CALIFORNIA STATE SUPREME COURT

BEFORE ENACTMENT OF THE AEDPA LIMITATIONS PERIOD 28 USC 2244(d), IT WAS STANDARD PRACTICE FOR THE DISTRICT COURT TO DISMISS A MIXED PETITION WITHOUT PREJUDICE. SEE: PLILER V. FORD (2004) 524 US. 225, 236, N2, 159 L.Ed. 2d. 338,

351 N.L. 124 S. Ct. 2441. After dismissal, the petitioner would return to state court to exhaust the unexhausted claims, and then file a new federal petition containing both the previously exhausted and newly exhausted claims. The AEDPA's 1-year filing deadline makes it impossible in some circumstances to accomplish this. Another option, dismissing only the unexhausted claims and proceeding on the exhausted claims, risk forfeiture of the unexhausted claims. If the original petition is no longer pending when the petitioner files a new petition containing the previously unexhausted claims, the later petition will be treated as a second or successive petition under 28 U.S.C. 2244 (b)(2) which bars review of such petitions except in extremely limited circumstances. See: Slack v. McDaniel (2000) 529 U.S. 473, 146 L. Ed. 2d. 542, 120 S. Ct. 1595. To avoid these potential dilemmas, several circuits, including the Ninth Circuit, have adopted a procedure known as "stay and abeyance" or "withdrawal and abeyance" to deal with mixed petitions. This procedure, as described and approved by the Supreme Court in Rhines v. Weber (2005) 544 U.S. 269, 276, 161 L. Ed. 2d. 440, 450, 125 S. Ct. 1528, allowing the district court to stay a mixed petition rather than dismiss it, and to hold it in abeyance while the petitioner exhausts the unexhausted claims in state court. Once the petitioner has exhausted the claims

IN STATE COURT THE FEDERAL COURT CAN LIFT THE STAY AND PROCEED WITH LITIGATION ON ALL THE CLAIMS. THE RHINES COURT APPROVED THE USE OF THIS PROCEDURE FOR CASES IN WHICH THE UNEXHAUSTED CLAIMS ARE NOT PLAINLY MERITLESS, THE PETITIONER HAS NOT ENGAGED IN ABUSIVE LITIGATION TACTICS OR INTENTIONAL DELAY, AND THERE IS GOOD CAUSE FOR THE PETITIONER'S FAILURE TO EXHAUST STATE REMEDIES. 544 U.S. AT 277. 161 L. ED. 3d. AT 451. IN JACKSON V. ROE (9TH CIR 2005) 425 F. 3d. 654 661. THE NINTH CIRCUIT CLARIFIED THAT PETITIONER NEED ONLY "GOOD CAUSE" AND NOT "EXTRDINARY CIRCUMSTANCES" TO BE ENTITLED TO A STAY AND ABEYANCE OF THE FEDERAL CASE SO THAT THE PETITIONER CAN EXHUST HIS STATE REMEDIES. PETITIONER FOR A PERIOD THAT EXCEEDS TEN 10 MONTHS HAS MADE A GOOD FAITH EFFORT TO OBTAIN HIS LEGAL DOCUMENTS PURSUANT TO CASE NO# FVID22959. HOWEVER, CCI PRISON OFFICIALS REFUSAL TO ALLOW PETITIONER ACCESS TO HIS LEGAL DOCUMENTS CAN ESTABLISH "GOOD CAUSE" SHOWING THAT HE WAS PREVENTED FROM RAISING THE CLAIM.

## CONCLUSION

THE MOTION SHOULD BE GRANTED BECAUSE PETITIONER'S CASE FALLS WITHIN THE MEANING OF "GOOD CAUSE".

DATED: 7-23-08

RESPECTFULLY SUBMITTED,

*Johnny Rice*

JOHNNY RICE JR.
PETITIONER IN PRO-PER.

4.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Johnny Rice Jr.

**DEFENDANTS**

Fernando Gonzalez

*Stamps: 2254, 1983, FILING FEE PAID Yes, IFP MOTION FILED Yes No, COPIES SENT TO Court ProSe*

*Stamp: FILED AUG - 4 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Johnny Rice Jr.
PO Box 1902
Tehachapi, CA 93581
V-74293

**ATTORNEYS (IF KNOWN)**

'08 CV 1430 WQH PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ___ Docket Number ___

DATE  8/4/2008

SIGNATURE OF ATTORNEY OF RECORD
*R. Miller* (signature)